```
UNITED STATES DISTRICT COURT
  SOUTHERN DISTRICT OF INDIANA
      INDIANAPOLIS DIVISION
```

JOHN COTTRELL,                       )
      Plaintiff,                )
                            )
    vs.                              )    1:10-cv-00941-LJM-TAB
                            )
MICHAEL J. ASTRUE, Commissioner,     )
Social Security Administration,      )
      Defendant.                )

## ENTRY OF JUDGMENT

Through an order dated April 6, 2011, the Court **AFFIRMED** defendant's, the Commissioner of the Social Security Administration, decision to deny plaintiff's, John Cottrell, application for a period of disability, Disability Insurance Benefits, and Supplemental Security Income.

Date: 04/06/2011

_____
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana


LAURA A. BRIGGS, CLERK
United States District Court
Southern District of Indiana


By: _____
    Deputy Clerk


Distribution attached.

Distributed to:

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov

Charles Julian Myers
cmyers7943@sbcglobal.net